# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

Bridget M. McCormack,
Chief Justice

158041

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　Plaintiff-Appellant,

v

ROBERT JENSEN SCHWANDER,
　　　Defendant-Appellee.

SC: 158041
COA: 320768
Grand Traverse CC:
　　　2011-011239-FC

_____/

　　　On order of the Court, the application for leave to appeal the May 22, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



t1021

　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



Clerk